# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| JENNIFER NUNES, et al.,<br><br>                Plaintiff(s),<br><br>vs.<br><br>AFFINITYLIFESTYLES.COM, et al.,<br><br>                Defendant(s). | Case No. 2:16-cv-02265-APG-NJK<br><br>ORDER<br><br>(Docket No. 17) |

Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 17. The date set forth in the proposed discovery plan regarding expert reports does not follow the format required by the Local Rules. *See* Docket No. 17 at 3; *see also* LR 26-1(b)(3). Additionally, the parties disagree as to the deadline for amending the pleadings and adding parties, but do not explain their positions. *See* Docket No. 17 at 3; *see also* LR 26-1(a).

Accordingly, the Court hereby **DENIES** the parties' stipulated proposed discovery plan and scheduling order (Docket No. 17). The parties shall file a new stipulated proposed discovery plan and scheduling order that complies with the Local Rules, no later than November 21, 2016.

IT IS SO ORDERED.

DATED: November 17, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge