**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER NUNES, et al., <br><br> Plaintiff(s), <br><br><br> AFFINITYLIFESTYLES.COM, INC., et al., <br><br><br> Defendant(s). | Case No. 2:16-cv-02265-APG-NJK <br><br> ORDER RE: STIPULATED PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER <br><br> (Docket No. 21) |

    Pending before the Court is the parties' stipulated proposed discovery plan and scheduling order. Docket No. 21. The Court hereby **SETS** a hearing on the stipulated proposed discovery plan and scheduling order for 1:00 p.m. on December 5, 2016, in Courtroom 3A.

    IT IS SO ORDERED.

    DATED: November 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge