SCOTT K. CANEPA, ESQ. (#4556)
TERRY W. RIEDY, ESQ. (#3895)
**CANEPA RIEDY ABELE & COSTELLO**
851 South Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145-4885
Telephone: (702) 304-2335
Facsimile: (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com

J. RANDALL JONES ESQ. (#1927)
WILLIAM L. COULTHARD, ESQ. (#3927)
NATHANAEL R. RULIS, ESQ. (#11259)
**KEMP, JONES & COULTHARD, LLP**
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
jrj@kempjones.com
mjg@kempjones.com
nrr@kempjones.com

*Attorneys for Plaintiffs Jennifer Nunes,*
*Dennys Sian, Ramona Wells, Jayson*
*Morgan and Keyatra Grant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER NUNES, a Nevada citizen, DENNYS SIAN, a Nevada citizen, RAMONA WELLS, a Nevada citizen; JAYSON MORGAN, a Nevada citizen, and KEYATRA GRANT, a Nevada citizen<br><br>Plaintiffs,<br><br>v.<br><br>AFFINITYLIFESTYLES.COM, INC. dba Real Water, a Nevada corporation, ROE Defendants 1-100.<br><br>Defendants. | Case No.: 2:16-cv-02265-APG-NJK<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER REVISED PER ORDER [DOCUMENT 24] [Fed. R. Civ. P. 26(f); LR 26-1]**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Plaintiffs Jennifer Nunes, Dennys Sian, Ramona Wells, Jayson Morgan and Keyatra Grant

("Plaintiffs") and Defendant Affinitylifestyles.com, Inc. dba Real Water ("Defendant") (together,

the "Parties") hereby jointly submit this Stipulated Discovery Plan and Scheduling Order pursuant to Federal Rule of Civil Procedure 26(f) and District of Nevada Local Rule 26-1.

## I.   INTRODUCTION

On August 15, 2016, Plaintiffs filed this putative class action in the Eight Judicial District Court, Clark County, Nevada, alleging that Defendant's improperly labeled their bottled water product (*See* Dkt. No. 8-2.)  On September 27, 2016, Defendant removed the action to this Court pursuant to 28 U.S.C. Sec. 1441(a) (*See* Dkt. No. 2.).  On October 21, 2016, Plaintiff filed a motion to remand (*See* Dkt. No. 13).

On October 4, 2016, Defendant moved to dismiss the Complaint in its entirety and strike the class allegations (*See* Dkt. No. 8.)  Plaintiff opposed these motions. (See Dkt. No. 11).   Defendant filed a reply brief (*See* Dkt. No. 15.)

The Parties hereby jointly submit this Stipulated Discovery Plan and Scheduling Order to comply with Local Rule 26-1(a) based on a November 2, 2016 meeting of all counsel.

## II.   REQUEST FOR SPECIAL SCHEDULING REVIEW

Pursuant to District of Nevada Rule 26-1(b)(1), "discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review."  Defendant first appeared on September 27, 2016, by removing the action to this Court.  (*See* Dkt. No. 2.)  The 180-day period specified under District of Nevada Rule 26-1(b)(1) will expire on March 26, 2017.  However, because of the nature of the issues involved in this litigation, including the putative class-action allegations, the Parties hereby respectfully request a Special Scheduling Review to address the discovery deadlines.

## III.   DISCOVERY PLAN AND SCHEDULE

### A.   Fed. R. Civ. P. 26(a)(1) Disclosures

The disclosures required under Federal Rule of Civil Procedure 26(a)(1) shall be exchanged on or before November 16, 2016.

**B.      Subjects of Discovery**

It is difficult to fashion precisely all subjects of discovery at this early stage since the Court's resolution of Defendant's motion to dismiss and/or strike could alter the scope of discovery. However, discovery is expected to include developing the merits of Plaintiff's class claims and discovery of issues related to class certification.

**C.      Discovery Cut-Off Date**

Fact discovery to be completed by March 26, 2017.  Discovery cut-off of September 17, 2017, with the exception that expert discovery shall remain open for at least 45 days after entry of the Court's order resolving Plaintiff's motion for class certification.

**D.      Amending the Pleadings and Adding Parties**

Deadline for Amending Pleadings and Adding Parties is June 29, 2017.

**E.      Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)**

All parties' expert reports deposited by July 19, 2017.  Rebuttal reports due August 18, 2017.

**F.      Electronically Stored Information ("ESI")**

The Parties shall meet and confer on ESI discovery and enter into an ESI discovery protocol setting forth the guidelines concerning ESI discovery.

**G.      Privileges and Protection**

The Parties shall enter into a stipulated protective order applicable to private, confidential, proprietary, or competition-sensitive information.  Defendant to prepare initial draft by November 9, 2016 and any dispute regarding it will be submitted to the Magistrate Judge for early resolution.

**H.      Dispositive Motions**

**1.      Motions for Summary Judgment**

Pursuant to District of Nevada Rule 7-2(b) and Federal Rule of Civil Procedure 56(b), the deadline to file motions for summary judgment shall be thirty (30) days after the close of all discovery.

### 2.   Motion for Class Certification

Plaintiffs' motion for class certification to be filed by June 29, 2017.  Defendant shall have 45 days to oppose Plaintiffs' Motion for Class Certification.

**I.   Pretrial Order**

As set forth in District of Nevada Rule 26-1(b)(5), the joint pretrial order shall be filed no later than thirty (30) days after the deadline for filing dispositive motions.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after a decision on the dispositive motions or further order of the Court.

**J.   Fed. R. Civ. P. 26(a)(3) Disclosures**

As set forth in District of Nevada Rule 26-1(b)(6), the disclosures required by Federal Rule of Civil Procedure 26(a)(3), and any objections thereto, shall be included in the pretrial order.

**K.   Alternative Dispute Resolution**

As required under District of Nevada Rule 26-1(b)(7), the parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.   The parties believe alternative dispute resolution processes are premature at this time.

**L.   Alternative Forms of Case Disposition**

As required under District of Nevada Rule 26-1(b)(8), the parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program.  The parties do not consent to trial by magistrate judge or use of the Short Trial Program.

**M.   Electronic Evidence**

As required under District of Nevada Rule 26-1(b)(9), the parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations.  The Parties shall meet and confer further on this topic, including in an effort to reach

/ / /

stipulations regarding providing discovery in an electronic format compatible with the Court's electronic jury evidence display system.

Dated this 14th day of December, 2016.

Respectfully Submitted,

Scott K. Canepa (Nev. Bar No. 4556)
Terry W. Riedy (Nev. Bar No. 3895)
CANEPA RIEDY ABELE & COSTELLO
851 South Rampart Boulevard, Suite 160
Las Vegas, Nevada 89145-4885
Telephone:  (702) 304-2335
Facsimile:  (702) 304-2336
scanepa@canepariedy.com
triedy@canepariedy.com

J. Randall Jones (Nev. Bar No. 1927)
Michael J. Gayan (Nev. Bar No. 11135)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Fax: (702) 385-6001
r.jones@kempjones.com

*Attorneys for Plaintiffs Jennifer Nunes, Dennys Sian, Ramona Wells, Jaysonn Morgan, and Keyatra Grant*

Josh Cole Aicklen (Nev. Bar No. 7254)
David B. Avakian (Nev. Bar No. 9502)
Paige S. Shreve (Nev. Bar No. 13773)
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
Fax: (702) 893-3789
josh.aicklen@lewisbrisbois.com
david.avakian@lewisbrisbois.com
paige.shreve@lewisbrisbois.com

*Attorneys for Defendant Affinitylifestyles.com, Inc. dba Real Water*

**IT IS SO ORDERED.**

_____
NANCY J. KOPPE
United States Magistrate Judge

Dated: December 16, 2016